**Kenna Dee STILLWAGGON, Robert Stillwaggon and Angino Rovner, P.C., Appellees,**

v.

**COMMONWEALTH of Pennsylvania, the PENNSYLVANIA MEDICAL CATASTROPHE LOSS FUND, Appellant.**

Supreme Court of Pennsylvania.

May 21, 1999.

10. We also point out that were Eakin entitled to receive the annual salary increases pursuant to Ordinance 89–1, an anomalous situation could result whereby his salary could exceed that of $1,000 less than the salary of common pleas court judges in violation of 16 P.S. § 1401(g).

### ORDER

PER CURIAM:

AND NOW, this 21 st day of May, 1999, the decision of the Commonwealth Court in the above-captioned case is AFFIRMED. The Petition for Leave to Intervene by PHICO Insurance Company is DENIED.